```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL RODRIGUEZ,              :
                               :
        Petitioner             :    No. 1:15-CV-00157
                               :
    vs.                        :    (Judge Kane)
                               :
WARDEN DAVID J. EBBERT,        :
                               :
        Respondent             :
```

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1. Rodriguez's petition for writ of habeas corpus (Doc. 1) is dismissed.

    2. The Clerk of Court is directed to close this case.

                             S/ Yvette Kane
                              Yvette Kane
                              United States District Judge

Date: April 9, 2015